UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10CR89 |
|---|---|---|
| v. | ) ) ) | ORDER |
| ROBERT LAMAR SMITH | ) ) ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the indictment in the above-styled case be unsealed,

**IT IS HEREBY ORDERED** that the Indictment in this matter be unsealed.

This 21 day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE